**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

STANLEY E. BROWN,               : No. 101 EM 2014
                                :
                    Petitioner  :
                                :
                                :
                                :
            v.                  :
                                :
                                :
                                :
JAMES ECKART, SUPERINTENDENT,   :
                                :
                    Respondent  :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus is **DENIED**.